# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CRAIG THARP** | : | **DOCKET NO. 2:05-cv-902**<br>**Section P** |
| **VS.** | : | **JUDGE MINALDI** |
| **J. P. YOUNG, WARDEN** | : | **MAGISTRATE JUDGE WILSON** |

## O R D E R

Currently before the court is "Petitioner's Motion for Default Judgement" [doc. 10] filed by *pro se* petitioner, Craig Tharp. By this motion, the petitioner seeks to have the court enter a default judgment against the respondent. In support of this motion, the petitioner states that the respondent has failed to show cause why his writ should not be granted and that the time for doing so has expired.

A review of the docket sheet reveals that following the initial review of this petition and prior to an order directing the respondent to answer, a Report and Recommendation was issued recommending dismissal of this petition for lack of jurisdiction. [doc. 6] Because the respondent was not served with process, there is no present need for him to file an answer or otherwise make an appearance in this case. Accordingly, a default judgment would be inappropriate at this time.

Therefore, it is ORDERED that the motion for default judgment be and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23rd day of August, 2005.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE